IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AUYERYL SHERYL RYANHARRT :
  a/k/a AUYERYL BABY RUANHARRT
  a/k/a SHERYL RYANHARRT :
  a/k/a SHIRLEY REINHARDT
  a/k/a SHIRLEY BYRD :
  a/k/a KAISER AUYERYL WILHELM,
      III :

          v. : CIVIL ACTION NO. CCB-00-810

THE STATE OF MARYLAND :
THE STATE OF MASSACHUSETTS
MAYOR AND CITY COUNCIL OF :
  BALTIMORE
LAND RECORDS, et al. :
BANKING AND DYNASTY HOLDINGS
  CLERKS :
COURTS OF MARYLAND AND
  MASSACHUSETTS, LOCAL, CIRCUIT :
  FEDERAL APPEALS AND SUPREME,
  et al. :
THE PEOPLES OF MARYLAND,
  BALTIMORE, MASSACHUSETTS, :
  CAPE COD AND CAPE CODE, et al.

## MEMORANDUM

On March 22, 2000 plaintiff, a Baltimore resident, filed a *pro se* action seeking unspecified damages from various State, municipal and federal entities, as well as the citizens of Maryland and Massachusetts. Although plaintiff has failed to pay the requisite filing fee or submit an affidavit in support of indigency, this Court will grant her leave to file *in forma pauperis*, pursuant to 28 U.S.C. Section 1915(a).

Under ***Neitzke v. Williams,*** 490 U.S. 319 (1989), a complaint may be dismissed under §1915(e) if it lacks an arguable basis either in law or in fact. ***Id.***, 490 U.S. at 325. Thus this

Court has the authority not only to "dismiss a claim based on an indisputably meritless legal theory, but also the...power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless...[including] claims describing fantastic or delusional scenarios...." *Id* at 327-28. Here, plaintiff claims that members of various religious groups, crime syndicates, and past and present political leaders are responsible for her illnesses, the death of her cats, the hunting of wild animals, and the taking of her land, including Cape Cod. Clearly the instant action falls within this category of cases.

Accordingly, plaintiff's complaint will be dismissed pursuant to 28 U.S.C. Section 1915(e), without requiring service of process on, or a response from, the named defendants. A separate Order shall be entered reflecting the opinion set forth herein.

3/27/00
(Date)

Catherine C. Blake
United States District Judge