IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AUYERYL SHERYL RYANHARRT :
  a/k/a AUYERYL BABY RUANHARRT
  a/k/a SHERYL RYANHARRT :
  a/k/a SHIRLEY REINHARDT
  a/k/a SHIRLEY BYRD :
  a/k/a KAISER AUYERYL WILHELM,
    III :

      v.   : CIVIL ACTION NO. CCB-00-810

THE STATE OF MARYLAND :
THE STATE OF MASSACHUSETTS
MAYOR AND CITY COUNCIL OF :
  BALTIMORE
LAND RECORDS, et al. :
BANKING AND DYNASTY HOLDINGS
  CLERKS :
COURTS OF MARYLAND AND
  MASSACHUSETTS, LOCAL, CIRCUIT :
  FEDERAL APPEALS AND SUPREME,
  et al. :
THE PEOPLES OF MARYLAND,
  BALTIMORE, MASSACHUSETTS, :
  CAPE COD AND CAPE CODE, et al.

## ORDER

In accordance with the foregoing Memorandum, IT IS this 27th day of March, 2000 by this Court hereby **ORDERED**:

    1. That plaintiff **IS GRANTED** leave to file *in forma pauperis*, without prepayment of filing fees and costs;

    2. That the above-captioned case **IS DISMISSED**, without requiring service of process on defendants;

    3. That the Clerk of Court **CLOSE** this case; and

4. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to plaintiff.

                                             _____
                                             Catherine C. Blake
                                             United States District Judge